# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 15 C 6134 |
| A SERGEANT FOR RIVERDALE POLICE, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Pro se plaintiff John Williams ("Williams") has regrettably continued to ignore this Court's earlier memorandum orders (the first issued on July 15, 2015 ("Order I") and the second issued on August 14, 2015 ("Order II")), each of which called on him to complete and submit the form of Motion for Attorney Representation ("Motion") that was plainly essential to his ability to proceed with his claim of a violation of his constitutional rights. In each instance this Court gave Williams fully four weeks to comply, so that Order II had set a September 11 deadline and concluded by stating:

> If the required papers have not been received here on or before September 11, 2015, this Court would be constrained to dismiss this action for want of prosecution.

With September 11 having come and gone without any response from Williams, no reason appears to justify any further extension. As forecast in Order II, this action is indeed dismissed for want of prosecution.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 15, 2015